**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR TEMPORARY DETENTION** |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert Lee DeLong, Jr., | ) | |
| | ) | Case No. 4:13-cr-099 |
| Defendant. | ) | |

On August 9, 2013, Defendant Robert Lee DeLong, Jr. made his initial appearance on a petition for revocation of his pretrial release. AUSA Rick Volk appeared on the Government's behalf. AFPD Bill Schmidt appeared on Defendant's behalf.

For the reasons articulated at the hearing, the court **ORDERS** that until an electronic monitoring system is available, defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.

When an electronic monitoring system becomes available and operational, Defendant shall be released subject to his existing conditions of release as well as the following additional conditions:

(1) Defendant shall participate in a home confinement program. Defendant shall not leave his residence except upon prior approval by the Pretrial Services Officer. The home confinement program will include electronic monitoring. Defendant shall review and sign a home confinement program agreement provided by the Pretrial Services Officer and shall follow the procedures specified by the Pretrial Services Officer. Defendant shall pay all costs associated with the program, unless the Pretrial Services Officer determines the Defendant is financially unable to pay; and

1

(2) Defendant shall comply with a curfew of 7:00 PM to 8:00 AM. Defendant shall be at his residence during these times.

**IT IS SO ORDERED.**

Dated this 9th day of August, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge